

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00048-CV

**1995 GMC PICKUP VIN 2GTEC19KXS1566357**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 19744B
Honorable Rex Emerson, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are assessed against appellant Jason Todd Newcombe.

SIGNED March 11, 2020.

Luz Elena D. Chapa, Justice